# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

XYZ Corporation

                      Plaintiff,

v.

                      Case No.: 1:24–cv–01301

                      Honorable Marvin E. Aspen

The Partnerships and Unincorporated Associations Identified on Schedule A

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 16, 2024:

      MINUTE entry before the Honorable Marvin E. Aspen: Plaintiff brings this case against 93 defendants (Dkt. No. 7–2), which raises a joinder issue. See Estee Lauder Cosmetics Ltd. v. P'ships & Unincorporated Ass'ns Identified on Schedule A, 334 F.R.D. 182, 186 (N.D. Ill. 2020) ("[I]t is appropriate for federal courts to raise improper joinder on their own, especially when the sheer number of defendants waves a joinder red flag and ups the chances that the plaintiff should be paying separate filing fees for separate cases."). Therefore, we order Plaintiff to show cause, in writing, as to why the case should not be severed for misjoinder in light of our opinions in Ilustrata Servicos Design, Ltda. v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 21 C 5993, 2021 WL 5396690 (N.D. Ill. Nov. 18, 2021), NFL Properties LLC v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 21 C 5522, 2021 WL 4963600 (N.D. Ill. Oct. 26, 2021), H–D U.S.A., LLC v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 21 C 1041, 2021 WL 780486 (N.D. Ill. Mar. 1, 2021), and the principles discussed therein. Alternatively, Plaintiff may file an amended complaint if it can do so in compliance with these principles. Plaintiff's show–cause filing or amended complaint must be filed by 3/8/2024. Plaintiff's motion for leave to file certain documents under seal and temporarily proceed under a pseudonym [5] is taken under advisement. It is so ordered. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.