# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

XYZ Corporation

          Plaintiff,

v.

Case No.: 1:24−cv−01301

Honorable Marvin E. Aspen

The Partnerships and Unincorporated Associations Identified on Schedule A

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2024:

    MINUTE entry before the Honorable Marvin E. Aspen: On 3/8/2024, Plaintiff filed an amended complaint [14] and amended Schedule A [14−2] in response to our 2/16/2024 order regarding misjoinder [11]. These filings appear to cure the joinder issues we raised. We grant Plaintiff's motion for leave to file certain documents under seal and temporarily proceed under a pseudonym [5]. The filings at Docket Numbers 7, 8, 9, and 14 shall remain under seal until further order of court. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.